IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

MELTON CULBERSON                                                                                    PLAINTIFF

v.                                              Case No. 1:25-cv-1045

ANDREW REYNOLDS; and
HOUSTON BRADSHAW                                                                              DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 55. Plaintiff filed a timely objection. ECF No. 58. The Court finds the matter ripe for consideration.

Plaintiff brings claims pursuant to 42 U.S.C. § 1983 against Defendants, who at the relevant time were members of the 13th Judicial District Drug Task Force ("DTF"). ECF No. 1. Defendants filed a Motion to Dismiss, arguing that Plaintiff failed to state a claim against them in their official capacities because the DTF is not a legal entity capable of being sued. ECF No. 10. In the instant R&R, Judge Ford determines that Defendants are correct that the DTF cannot be sued and recommends that Plaintiff's official capacity claims be dismissed. ECF No. 55, p. 3-4. Plaintiff objected, asserting that he did not intend to bring claims against Defendants in their official capacities. ECF No. 58, p. 1.

Upon review, finding that Judge Ford's reasoning is sound and that Plaintiff does not intend to bring official capacity claims, the Court adopts the R&R (ECF No. 55) in toto. Accordingly, Defendants' Motion to Dismiss (ECF No. 10) is **GRANTED**. Plaintiff's official capacity claims are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 4th day of November, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge